Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUL 0 8 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

MYKHAYLO BOTSVYNYUK, 69379066 )
FCI-Gilmer, P.O. Box 6000, )
Glenville, WV 26351-6000 )
_____ )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
 )
              Petitioner, )
       vs. )
 )
Warden R. Brown, FCI-Gilmer , )
(Name of Warden or other authorized person )
where you are incarcerated) )
 )
              Respondent. )
_____ )

Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241

Civil Action No. 3:24-cv-81
(to be assigned by Clerk)

Groh, Trumble, Sims

Important notes to read before completing this form:

☆ Please read the entire petition before filling it out. Answer only those questions which pertain to your claim(s).

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☒ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☒ other, state briefly: <u>Failure to follow U.S. law and regulations regarding the length of confinement and making false statements regarding conditions of release</u>

Attachment A

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: __N/A__
   _____
   _____

3. List the name and location of the court which imposed your sentence:
   U.S. District Court, Eastern District of Pennsylvania, Philadelphia, PA

4. List the case number, if known: __10-159-03__

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy

6. List the date each sentence was imposed and the terms of the sentence:
   March 2016

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☒ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☒ Yes   ☐ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: U.S. Court of Appeals, Third Circuit
    B. Result: Denied
    C. Date of Result: October 2020
    D. Grounds raised (List each one): _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☒ Yes   ☐ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: U.S. District Court, Eastern PA

Attachment A

2. Nature of Proceeding: __2255__
3. Grounds Raised: ____
4. Did you receive an evidentiary hearing? ☐ Yes  ☒ No
5. Result: __Denied__
6. Date of Result: ____

B. Second post-conviction proceeding:
1. Name of Court: U.S. District Court, Eastern District PA
2. Nature of Proceeding: __Motion for Reduction in Sentence__
3. Grounds Raised: ____
4. Did you receive an evidentiary hearing? ☐ Yes  ☒ No
5. Result: __Denied__
6. Date of Result: ____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
1. First proceeding: ☒ Yes  ☐ No  Result: __Denied__
2. Second proceeding: ☒ Yes  ☐ No  Result: __Pending__

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __N/A__

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check one or more of the grounds:

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
The Federal Bureau of Prisons unlawfully computed my sentence by denying me appropriate First Step Act Time Credit (FTC).

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).     SEE GROUND ONE ATTACHMENT

B. Ground two:
The Federal Bureau of Prisons unlawfully computed my sentence by failing to grant me a compassionate release based on extraordinary and compelling circumstances.

Attachment A

Supporting facts:   SEE GROUND TWO ATTACHMENT

C.  Ground three:
The Federal Bureau of Prisons (FBOP) unlawfully computed my sentence failing to apply all appropriate sentence credit by making false assertions regarding my detainer status and ignoring existing law and policy.

Supporting facts:   SEE GROUND THREE ATTACHMENT

D.  Ground four:
The Federal Bureau of Prisons (FBOP) unlawfully computed my sentence and is not granting me immediate release when release is in the interest of justice.

Attachment A

Supporting facts:    SEE GROUND FOUR ATTACHMENT

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
    The actions of the Federal Bureau of Prisons have not been previously raised to another court as it was necessary to exhaust administrative remedies. My administrative remedies have now been exhausted, so I seek relief from this honorable court.

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

    ☒ Yes    ☐ No

    1. If your answer to "A" above was yes, what was the result:
       Relief was denied

Attachment A

2. If your answer to "A" above was no, explain:
N/A

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes    ☐ No

1. If your answer to "B" above was yes, what was the result:
Relief was denied

SEE EXHIBIT CONFIRMING EXHAUSTION OF ADMINISTRATIVE REMEDIES

2. If your answer to "B" above was no, explain:
N/A

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make no legal arguments.
2. Cite no cases or statutes.

I seek immediate release from the custody of the U.S. Department of Justice Federal Bureau of Prisons.

In the alternative, I seek an update of my release date based on the interest of justice, time served in another facility, earned FTC, and/or extraordinary and compelling circumstances.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

The previously filed 2255 and motion for reduction of sentence did not consider the illegal actions of the Federal Bureau of Prisons, the time served in other prison facilities, the earned FTC/denial of FTC based on false information, and all extraordinary and compelling circumstances.

Signed this __30__ day of __Jun__, __2024__
              (day)              (month)         (year)

Your Signature   Mykhaylo Botsvynyuk

Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __30 Jun 24__

Your Signature   Mykhaylo Botsvynyuk

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Mykhaylo Botsvynyuk

_____

*Your full name*

v.                                               Civil Action No.: 3:24-cv-81

Warden R. Borown, FCI-Gilmer

UNITED STATES OF AMERICA

## Certificate of Service

I, Mykhaylo Botsvynyuk (your name here), appearing *pro se*, hereby certify that I have served the foregoing Habeas Petition (title of document being sent) upon the defendant by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant on 30 Jun 24 (insert date here):

(List name and address of counsel for the defendant)

Counsel for Warden R. Brown of FCI-Gilmer
Beckley Consolidate Legal
FCI-Beckley P.O. Box 1280
Beaver, WV 25813

_____
(sign your name)